```
THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 1:00CR047-1 |
| Plaintiff, ) | | |
| ) | | |
| V. ) | | SATISFACTION OF JUDGMENT |
| ) | | (Rambo, C.) |
| ) | | |
| TYSON HARRIS, ) | | |
| Defendant. ) | | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on December 11, 2000, in favor of the United States of America, against the above-named defendant. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  May 24, 2005

                          THOMAS A. MARINO
                          United States Attorney

                          /s J. JUSTIN BLEWITT, JR.
                          J. JUSTIN BLEWITT, JR.
                          Assistant U.S. Attorney

                          KAREN M. MUSLOSKI
                          Paralegal Specialist