PROB 35

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                                   Docket No. 1:CR-00-047-01

**Tyson Harris**

On September 25, 2003, the above-named defendant commenced a supervised release term of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Julie M. Persinger
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  23  day of  March , 2006

FILED
HARRISBURG, PA

MAR 2 3 2006

MARY E. D'ANDREA, CLERK
Per _____
              Deputy Clerk

_____
United States District Judge